

December 5, 2011

*Via Electronic Filing*

Holly R. McCarra
Arbitration Clerk
United States District Court
Middle District of Georgia
475 Mulberry Street
P.O. Box 128
Macon, Georgia 31201

    Re: *West Coast Productions, Inc. v. Pate*
       Civil Action No. 3:11-cv-118(CAR)

Dear Ms. McCarra:

  Plaintiff West Coast Productions, through counsel, opts not to participate in arbitration pursuant to Local Rule 16.2.4(a).

            Very truly yours,

            Elizabeth Ann Morgan