UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THAD PATE, | ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION

FILE NO. 3:11-cv-118(CAR)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action hereby stipulate to the voluntary dismissal with prejudice of this case, with each party to bear its own costs.

This 3rd day of February, 2012.

Consented to by:

s/Elizabeth Ann Morgan  
Counsel for Plaintiff  
Elizabeth Ann Morgan  
Georgia Bar No. 522206  
THE MORGAN LAW FIRM P.C.  
260 Peachtree Street  

/s/Blair Chintella____  
Counsel for Defendant  
Blair Chintella  
Georgia Bar No. 510109  
1600 Alexandria Court SE  
Marietta, GA 30067

Suite 1601  
Atlanta, Georgia 30303  
TEL:  404-496-5430  
morgan@morganlawpc.com

(404) 579-9668  
bchintel1@gmail.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

|  |  |
|---|---|
| _____ ) |  |
| ) |  |
| **WEST COAST** ) |  |
| **PRODUCTIONS, INC.** ) |  |
| ) |  |
| **Plaintiff,** ) |  |
| ) | **CIVIL ACTION** |
| **v.** ) |  |
| ) | **FILE NO. 3:11-cv-118(CAR)** |
| **THAD PATE,** ) |  |
| ) |  |
| **Defendant.** ) |  |
| _____ ) |  |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, I filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Blair Chintella
1600 Alexandria Court SE
Marietta, GA 30067
(404) 579-9668
bchintel1@gmail.com

Respectfully submitted,

s/Elizabeth Ann Morgan
Counsel for Plaintiff
Elizabeth Ann Morgan
Georgia Bar No. 522206
THE MORGAN LAW FIRM P.C.
260 Peachtree Street
Suite 1601
Atlanta, Georgia 30303
TEL: 404-496-5430
morgan@morganlawpc.com